| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Richard W Vernold |
| Debtor 2 (Spouse, if filing) | Sharon Vernold |
| United States Bankruptcy Court for the: Eastern District of Pennsylvania | |
| Case number | 25-11562 |

**Official Form 410S1**

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Wells Fargo Bank, N.A.　　　　**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 5208

**Date of payment change:**
Must be at least 21 days after date of this notice　01/01/2026

**New total payment:**
Principal, interest, and escrow, if any　$1,313.95

**Uniform Claim Identifier:** WFCMGE2511562PAE83245208

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

☑ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.

　　Describe the basis for the change. If a statement is not attached, explain why:

　　_____

　　Current escrow payment: $660.02　　New escrow payment: $656.87

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No

☐ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.

　　If a notice is not attached, explain why:

　　_____

Current interest rate: _____　　New interest rate: _____

Current principal and interest payment: _____　　New principal and interest payment: _____

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____　　New mortgage payment: _____

Debtor 1    Richard W Vernold            Case number (if known)    25-11562

             First Name        Middle Name        Last Name

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim.  As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

**Part 4:**   **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☑    I am the creditor.

☐    I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗   /s/ Mavis B. Evans             Date   11/14/2025
     Signature

Print: Mavis B. Evans             Title   VP Loan Documentation

      First Name      Middle Name      Last Name

Company   Wells Fargo Bank, N.A.          Specific Contact Information:

Address    MAC N9286-01Y            P: 800-274-7025

          P.O. Box 1629             E: NoticeOfPaymentChangeInquiries@wellsfargo.com

          Minneapolis, MN 55440-9790



**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

  

Escrow Review Statement
*For informational purposes only*

**Statement Date:** November 6, 2025
**Loan number:**
**Property address:**
    123 N SCOTT AVE
    GLENOLDEN PA 19036

## Customer Service

| | | | |
|---|---|---|---|
| **Online** wellsfargo.com | | **Telephone** 1-800-340-0473 | |
| **Correspondence** PO Box 10335 Des Moines, IA 50306 | | **Hours of operation** Mon - Fri 7 a.m. - 7 p.m. CT | |
| **To learn more, go to:** wellsfargo.com/escrow | | | |

We accept telecommunications relay service calls

SHARON VERNOLD
RICHARD W VERNOLD
123 N SCOTT AVE
GLENOLDEN PA 19036-1338

*If you are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The informational summaries below are based on the terms of the loan.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required minimum balance**: The escrow account balance is projected to be above the required minimum balance. This means there is an **overage**. See box to the right and subsequent pages for additional information.

> The escrow account has an overage of
> **$47.29**

If payments required under the bankruptcy plan have not been made, any escrow overage will be held in the escrow account.

- **Payments**: As of the **January 1, 2026** payment, the escrow portion of the payment **decreases**.

## Part 1 - Mortgage payment

**New Payment** — **The new total payment will be $1,313.95**

| | Previous payment through 12/01/2025 payment date | New payment beginning with the 01/01/2026 payment |
|---|---|---|
| **Principal and/or interest** | $657.08 | $657.08 |
| **Escrow payment** | $660.02 | $656.87 |
| **Total payment amount** | $1,317.10 | $1,313.95 |

> **No action required**
>
> Starting **January 1, 2026** the new payment amount will be **$1,313.95**

**See the following pages and the additional enclosure for more detail.**

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $2,694.92. For the coming year, we expect the amount paid from escrow to be $7,882.38.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

| | 05/24 - 04/25 (Actual) | 01/25 - 12/25 (Actual) | 05/25 - 11/25 (Actual) | 01/26 - 12/26 (Projected) | | # of months | | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| Property taxes | $5,139.16 | $5,101.38 | $2,694.92 | $5,101.38 | ÷ | 12 | = | $425.12 |
| Property insurance | $2,781.00 | $0.00 | $0.00 | $2,781.00 | ÷ | 12 | = | $231.75 |
| Total taxes and insurance | $7,920.16 | $5,101.38 | $2,694.92 | $7,882.38 | ÷ | 12 | = | $656.87 |
| Escrow shortage | $58.18 | $995.25 | $1,186.51 | $0.00 | | | | |
| Total escrow | $7,978.34 | $6,096.63 | $3,881.43 | $7,882.38 | | | | $656.87 |

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected post-petition[¶] escrow balance will be greater or less than the required minimum post-petition balance. This is determined by subtracting the required minimum post-petition balance from the lowest projected post-petition balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| | | |
|---|---|---|
| Lowest projected post-petition escrow balance November 2026 | $1,361.02 | (Calculated in Part 4 - Escrow account projections table) |
| Minimum post-petition balance for the escrow account[†] **-** | $1,313.73 | |
| **Escrow overage** **=** | **$47.29** | |

[¶]Post-petition (post-filing) - Occurring after the filing of a bankruptcy petition.

[†]The minimum post-petition balance includes a cash reserve to help cover any increase in taxes and/or insurance as allowed by state laws and/or the mortgage contract. This account is set to a 2 month cash reserve amount. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 6.

## Part 3 - Escrow account history
### See Parts 5 and 6 for post-petition and pre-petition activity

### Escrow account activity from May 2025 to December 2025

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|------|--------|-----------|------------|--------|-----------|------------|-------------|---------|-----------|------------|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| May 2025 | | | | | | | Starting Balance | -$8,996.65 | $2,213.59 | -$11,210.24 |
| May 2025 | $1,090.78 | $660.02 | $430.76 | $0.00 | $0.00 | $0.00 | | -$7,905.87 | $2,873.61 | -$10,779.48 |
| Jun 2025 | $572.65 | $660.02 | -$87.37 | $0.00 | $0.00 | $0.00 | | -$7,333.22 | $3,533.63 | -$10,866.85 |
| Jul 2025 | $572.65 | $660.02 | -$87.37 | $0.00 | $0.00 | $0.00 | | -$6,760.57 | $4,193.65 | -$10,954.22 |
| Aug 2025 | $572.65 | $660.02 | -$87.37 | $2,694.92 | $2,732.70 | -$37.78 | INTERBORO SCHOOL DISTRIC | -$8,882.84 | $2,120.97 | -$11,003.81 |
| Sep 2025 | $579.56 | $660.02 | -$80.46 | $0.00 | $0.00 | $0.00 | | -$8,303.28 | $2,780.99 | -$11,084.27 |
| Oct 2025 | $579.56 | $660.02 | -$80.46 | $0.00 | $0.00 | $0.00 | | -$7,723.72 | $3,441.01 | -$11,164.73 |
| Nov 2025 (estimate) | $10,676.02 | $660.02 | $10,016.00 | $2,781.00 | $2,781.00 | $0.00 | FARMERS INSURANCE | $171.30 | $1,320.03 | -$1,148.73 |
| Dec 2025 (estimate) | $660.02 | $660.02 | $0.00 | $0.00 | $0.00 | $0.00 | | $831.32 | $1,980.05 | -$1,148.73 |
| Totals | $15,303.89 | $5,280.16 | $10,023.73 | $5,475.92 | $5,513.70 | -$37.78 | | | | |

If the activity contains (estimate), then "deposits to" or "payments from" escrow or both are estimated amounts that have not actually occurred.

## Part 4 - Escrow account projections

### Escrow account projections from January 2026 to December 2026

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance Contractual | Post-petition | Balance required in the account |
|------|--------|-----------|-------------|-------------|---------------|---------------|
| Dec 2025 | | | Starting balance | $831.32 | $2,017.83 | $1,970.54 |
| Jan 2026 | $656.87 | $0.00 | | $1,488.19 | $2,674.70 | $2,627.41 |
| Feb 2026 | $656.87 | $503.48 | DELAWARE COUNTY | $1,641.58 | $2,828.09 | $2,780.80 |
| Mar 2026 | $656.87 | $1,902.98 | GLENOLDEN BORO | $395.47 | $1,581.98 | $1,534.69 |
| Apr 2026 | $656.87 | $0.00 | | $1,052.34 | $2,238.85 | $2,191.56 |
| May 2026 | $656.87 | $0.00 | | $1,709.21 | $2,895.72 | $2,848.43 |
| Jun 2026 | $656.87 | $0.00 | | $2,366.08 | $3,552.59 | $3,505.30 |
| Jul 2026 | $656.87 | $0.00 | | $3,022.95 | $4,209.46 | $4,162.17 |
| Aug 2026 | $656.87 | $2,694.92 | INTERBORO SCHOOL DISTRIC | $984.90 | $2,171.41 | $2,124.12 |
| Sep 2026 | $656.87 | $0.00 | | $1,641.77 | $2,828.28 | $2,780.99 |
| Oct 2026 | $656.87 | $0.00 | | $2,298.64 | $3,485.15 | $3,437.86 |
| Nov 2026 | $656.87 | $2,781.00 | FARMERS INSURANCE | $174.51 | **$1,361.02** | **$1,313.73** |
| Dec 2026 | $656.87 | $0.00 | | $831.38 | $2,017.89 | $1,970.60 |
| Totals | $7,882.44 | $7,882.38 | | | | |

## Part 5 – Post-petition escrow account history

### Escrow account activity from April 2025 to December 2025

| Date | Deposits to escrow | Payments from escrow | Description | Post-petition escrow balance |
|------|--------|-----------|-------------|---------------|
| Apr 2025 | | | Starting balance | $2,213.59 |
| May 2025 | $1,320.04 | $0.00 | | $3,533.63 |
| Jun 2025 | $660.02 | $0.00 | | $4,193.65 |
| Jul 2025 | $660.02 | $0.00 | | $4,853.67 |
| Aug 2025 | $660.02 | $2,694.92 | SCHOOL TAX | $2,818.77 |
| Sep 2025 | $660.02 | $0.00 | | $3,478.79 |
| Oct 2025 | $660.02 | $0.00 | | $4,138.81 |
| Nov 2025 (estimate) | $0.00 | $2,781.00 | HAZARD INS | $1,357.81 |
| Dec 2025 (estimate) | $660.02 | $0.00 | | $2,017.83 |
| Totals | $5,280.16 | $5,475.92 | | |

## Part 6 – Pre-petition escrow account history

### Pre-petition history activity is not available

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2022 Wells Fargo Bank, N. A. All rights reserved.
NMLSR ID 399801   Member FDIC



# Your Escrow Review Statement has been updated

## Here's what you can find on it

**Part 1 – Mortgage payment**
 Includes the previous and new mortgage payment amount.

**Part 2 – Payment calculations**
 Shows how we calculated the escrow portion of the payment, as well as any overage or shortage the escrow account may have.

**Part 3 – Escrow account history**
Shows:
- How much was put into the escrow account.
- How much was paid out of the escrow account.
- If there's a difference between what we projected and what actually happened.

Some amounts in this section may be noted as an "estimate" if we hadn't yet received an expected deposit or made a planned payment from the escrow account at the time we completed your escrow review. These estimates assume that the deposits will be received and the payments will be made.

Parts 5 and 6 will cover pre-petition and post-petition specific amounts, as applicable.

**Part 4 – Escrow account projections**
 Shows what we expect to be deposited into the escrow account and what we expect to pay out of it in the future, as well as the contractual and post-petition balance after each bill is paid and the balance that's required in the account each month.

**Part 5 — Post-petition escrow account history**
 Shows:
- What was deposited into the escrow account.
- How much we paid out of the escrow account.
- The balance related to post-petition activity during the time listed.

Generally, these are the monthly payments required on the account. Either the trustee would make these payments as part of the bankruptcy plan or the customer would make them directly.

Some amounts in this section may be noted as an "estimate" if we hadn't yet received an expected deposit or made a planned payment from the escrow account at the time we completed your escrow review. These estimates assume that the deposits will be received and the payments will be made.

**Part 6 — Pre-petition escrow account history**
Shows what was deposited to reduce the escrow-related pre-petition arrearage claim of the bankruptcy. This portion of the bankruptcy claim includes the escrow amounts that hadn't been paid, plus any projected escrow shortage, at the time of the filing. This section also shows the remaining balance of the arrearage claim. Generally, the trustee makes these deposits as part of the bankruptcy plan.

**wellsfargo.com/escrow**
- Learn more about how escrow accounts work.
- Watch the videos - for a quick way to better understand escrow accounts.
- Review answers to frequently asked questions.

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                                                    CASE NO.:   **25-11562**

**Richard W Vernold**                              CHAPTER:   **13**

**Sharon Vernold**

                **Debtor(s).**

_____ /

**CERTIFICATE OF SERVICE**

I hereby certify that on or before November 14, 2025, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                              *By U.S. Postal Service First Class Mail Postage Prepaid:*

Richard W Vernold
123 N. Scott Avenue
Glenolden, PA 19036

                              *By U.S. Postal Service First Class Mail Postage Prepaid:*

Sharon Vernold
123 N. Scott Avenue
Glenolden, PA 19036

*Debtor's Attorney:*                 *By CM / ECF Filing:*

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

*Trustee:*                              *By CM / ECF Filing:*

*Trustee:*                          SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606


/s/ Mark Cardenas
_____

InfoEx, LLC
(as authorized agent for Wells Fargo Bank,
N.A.)